He's young, and he's poor, but he works, and he kills for our country, our land, and his people. The correlation is exquisiteness. And there's no evidence in any state that any of you can say the opposite. But, as long as you don't change the culture, there is no evidence that he's a culture changer for you, nor evidence that he's for us. No evidence to show that he is a culture changer for you, nor evidence to show that he's a culture changer for us. There is no evidence in any state that he's a culture changer for you. There's evidence that he's a culture changer for all of us. There's evidence that he's a culture changer for all of us. No evidence
judges: Tallman, Hurwitz, Battaglia